July 23, 2009

Ms. Cindy Olson Bourland
Law Firm of Cindy Olson Bourland, P.C.
1 Chisholm Trail, Suite 150
Round Rock, TX 78681

Mr. Jerry A. Gibson
Plunkett & Gibson, Inc.
Renaissance Plaza
70 N.E. Loop 410, Suite 1100
San Antonio, TX 78216
Honorable Barbara H. Nellermoe
45th District Court
100 Dolorosa Street
San Antonio, TX 78205-3028

RE: Case Number: 09-0592
 Court of Appeals Number: 04-08-00933-CV
 Trial Court Number: 2008-CI-08066

Style: IN RE LARRY C. NAIL

Dear Counsel:

 Today the Supreme Court of Texas granted in part and denied in part
Relator's Emergency Motion to Stay and issued the enclosed stay order in
the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

| | |